## 43610. DEPARTMENT OF TRANSPORTATION v. OLD NATIONAL INN, INC. et al.
### (349 SE2d 748)

PER CURIAM.

After plenary consideration of this matter (*Dept. of Transp. v. Old National Inn,* 179 Ga. App. 158 (345 SE2d 853) (1986)), it is found not to satisfy the criteria for the grant of certiorari, and the writ is therefore vacated.

*All the Justices concur.*

DECIDED OCTOBER 8, 1986.

*Michael J. Bowers, Attorney General, Beryl H. Weiner, J. Matthew Dwyer, Jr., James S. S. Howell, Special Assistant Attorneys General,* for appellant.

*W. Lyman Dillon,* for appellees.

## 43660. BRACEWELL v. BRACEWELL.
### (349 SE2d 748)

HUNT, Justice.

After a thorough review of the record in this interlocutory appeal, the trial court's opinion is affirmed.

*Judgment affirmed. All the Justices concur.*

DECIDED OCTOBER 8, 1986.

*Helen J. Medlin,* for appellant.
*Crudup & Howell, John P. Howell,* for appellee.